UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROLYN SIOUX GREEN,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al,

        Defendant.

CASE NO. 2:21-CV-1276-RAJ-DWC

ORDER GRANTING MOTION TO AMEND

Plaintiff Carolyn Sioux Green, proceeding *pro se*, filed this action alleging violations of her constitutional rights. *See* Dkt. 1. The District Court referred this action to United States Magistrate Judge David W. Christel. Dkt. 8. Currently before the Court is Plaintiff's Motion to Have Complaint Made Operative. Dkt. 31. On November 24, 2021, the Court directed Plaintiff to file a corrected amended complaint as a single document that included all corrections previously filed with the Court. Dkt. 29. The following day, November 25, 2021, Plaintiff filed her First Amended Complaint for Injunctive and Declaratory Relief and Damages ("Amended Complaint"). Dkt. 30. Plaintiff also filed the pending Motion requesting the Court accept the Amended Complaint as the operative complaint. Dkt. 31.

ORDER GRANTING MOTION TO AMEND - 1

1    As the Court previously directed Plaintiff to file the Amended Complaint, Plaintiff's

2 Motion (Dkt. 31) is granted. The Amended Complaint (Dkt. 30) is deemed the operative

3 complaint in this case and will be the only pleading the Court considers as the complaint in this

4 matter.

5    Dated this 30th day of December, 2021.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge