UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN SIOUX GREEN,

                Plaintiff,

v.

UNITED STATES OF AMERICA, et al,
                Defendants.

No. 2:21-CV-1276-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion to Recuse (Dkt. 12) is denied. This case is not sufficiently similar to previously filed cases to warrant reassignment and Judge Christel remains referred on the case.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 31st day of January, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2