USA HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN SIOUX GREEN,

       Plaintiff,

    v.

UNITED STATES OF AMERICA, et al,

       Defendants.

Case No. 2:21-CV-1276-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge, Plaintiff's objections thereto (Dkt. ## 226-238, 240-246, 248-250), Defendants' response to Plaintiff's objections (Dkt. # 247), and the remaining record, hereby finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation (Dkt. # 219).

(2) Defendants' Motion to Dismiss (Dkt. # 42) is granted, and
Plaintiff's claims are dismissed with prejudice.

(3) Plaintiff's Motion for Joinder (Dkt. # 48), Motion to Reopen and Consolidate
(Dkt. # 49), Motion to Amend (Dkt. # 215), and Motion for Accommodations
(Dkt. # 195) are denied.

ORDER – 1

(4) Plaintiff's Motion for PACER Fee Waiver (Dkt. # 239) is denied as moot.

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for
     Defendants, and to the Hon. David W. Christel.

DATED this 7th day of October, 2022.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER – 2